655 A.2d 914

IN THE MATTER OF SIDNEY L. HOFING,
AN ATTORNEY AT LAW.

March 23, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **SIDNEY L. HOFING** of **TRENTON**, who was admitted to the bar of this State in 1961, be reprimanded for violating *RPC* 1.15, by negligently misappropriating trust funds, and *RPC* 5.3 by failing to supervise his bookkeeper adequately, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **SIDNEY L. HOFING** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.